## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 529 MAL 2014
:
     Respondent   :
             : Petition for Allowance of Appeal from the
             : Order of the Superior Court
     v.       :
:
:
:
CORY DAVID WONDER,   :
     Petitioner

## ORDER

**PER CURIAM**

  **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.